U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -4 AM 8:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DALE WALTER GLANDERS                    CIVIL ACTION

VERSUS                                  NO. 05-1312

JUDGE CHARLES HANEMANN, ET AL           SECTION "J" (3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).[1]

New Orleans, Louisiana, this 2d day of August, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff is also advised, for future consideration, that 28 U.S.C. § 1915 ("Proceeding in forma pauperis"), subsection (g) provides that:  "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."